**TODD C. BANK**
**Attorney at Law**
**119-40 Union Turnpike**
**Fourth Floor**
**Kew Gardens, New York 11415**
**Telephone (718) 520-7125**
**Facsimile (856) 997-9193**

March 5, 2014

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Hon. Pamela K. Chen

        Re:    Todd C. Bank v. American Home Shield Corporation
               Case 1:10-cv-04014-PKC-RER

Dear Judge Chen:

      I am the plaintiff in the above-referenced matter, and hereby inform the Court that the matter has been resolved pending the full execution of appropriate documents.

Sincerely,

 s/ *Todd C. Bank*

Todd C. Bank

TCB/bd